106

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Oscar F. SANCHEZ, *et.al.*, ) | |
|     Plaintiffs  ) | |
| ) | |
| VS.  ) | Civil Action No.  B-94-242 |
| ) | |
| Charles SWYDEN, *et.al.*, ) | |
|     Defendants.  ) | |

## ORDER

Upon review of the decision handed down by the Court of Appeals for the Fifth Circuit on June 11, 1998, cause number 96-40557, it is the opinion of this court that the defendants' motions to dismiss should be and hereby are GRANTED.

All pending motions in this cause are therefore rendered moot.

DONE this _____ day of December, 1998 at Brownsville, Texas.

_____
United States District Judge
acting as assignment
12/2/98